FILED
August 09, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jaemie Herndon
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | § NO: SA:24-CR-00363(1,3)-FB |
| | § |
| (1) Jonathan Linares Lumbreras | § |
| (3) Edward Clinton Smith | § |

## SCHEDULING ORDER

The Court, having considered the status of this case and for the purpose of docket management, makes the following schedule:

The deadline for notifying the Court of any **plea agreement** entered into by the parties in this cause is **Friday, September 27, 2024**. No plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

**Docket call AND REARRAIGNMENT AND PLEA** are set for **Tuesday, October 01, 2024 at 9:00 AM** in Courtroom G on the 3rd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX . (**Guilty plea will be taken at docket call—-no other order will be sent**.) **DO NOT ASSUME A CONTINUANCE IS GRANTED -- YOU MUST HAVE A SIGNED ORDER BY THE COURT OR HAVE RECEIVED A CALL FROM THE COURTROOM DEPUTY OR COURT STAFF ADVISING OF SAME.**

**Jury selection and trial** are set for **Monday, October 07, 2024 at 09:00 AM** in Courtroom G on the 3rd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX . Motions to Suppress will be heard immediately prior to jury selection or will be carried with the trial unless otherwise ordered by the Court.

**AS A REMINDER TO THE ATTORNEY FOR DEFENDANT:** If your client is in custody, arrangements should be made with the U.S. Marshal Service prior to the date of jury selection and trial to ensure your client has proper attire. In addition, whenever defendants or witnesses have a need for the services of the court **interpreter**, please notify Jaemie Herndon,

Courtroom Deputy to Judge Biery, 210-472-6550, ext. 5005, no later than **five (5) days** before this court setting.

All exhibits shall be marked with both the <u>case and exhibit numbers</u> by counsel <u>prior</u> to trial.

The Clerk of Court shall send a copy of this order to the United States Attorney, attorney for defendant, United States Marshal, United States Probation Officer, and Pretrial Services Officer. **Counsel for defendant shall notify defendant of this setting** and, if defendant is on bond, advise the defendant that he/she must be present for all court settings unless excused by the Court. If defendant is in **state custody, or a writ required**, the Assistant United States Attorney shall immediately prepare and file with the Clerk's Office the appropriate application and order.

IT IS SO ORDERED this 9th day of August, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE